**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10990 Wilshire Blvd., 8th Floor
Los Angeles, California 90024
Tel: (310) 396-9600
Fax: (310) 396-9635

Ruben Honik (to apply *pro hac vice*)
ruben@honiklaw.com
David J. Stanoch (to apply *pro hac vice*)
david@honiklaw.com
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: 267-435-1300

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JACOBSON, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>PFIZER, INC.,<br><br>      Defendant. | Case No. 2:21-cv-07961-RGK-AFM<br><br>**PLAINTIFF JAMES JACOBSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

PLEASE TAKE NOTICE that Plaintiff JAMES JACOBSON ("Plaintiff"), by and through undersigned counsel, hereby dismisses this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

_/s/ Gillian L. Wade_
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**

Ruben Honik
David J. Stanoch
**HONIK LLC**

*Counsel for Plaintiff*